■ MICHAEL BLEICH et al., Respondents, v RUDOLPH BONO, Appellant. — Order of the Supreme Court, New York County (Gammerman, J.), entered March 15, 1982, which denied defendant's motion to refer the case to a medical malpractice panel, is reversed, on the law and facts, and the motion by defendant is granted and said hearing before the malpractice panel is directed to be held, without costs. Medical issues exist herein which warrant panel review. (See *Rosa v Kulkarni,* 89 AD2d 529.) The existence of disputed factual issues does not preclude reference to a panel. (*Bernstein v Bodean,* 53 NY2d 520, 528.) Concur — Murphy, P. J., Carro, Asch and Milonas, JJ.

Silverman, J., concurs on constraint of *Rosa v Kulkarni* (89 AD2d 529).

■ In the Matter of CHARLES SIMMONS, Petitioner, v JOHN P. COLLINS et al., Respondents. — Application for a writ of prohibition unanimously denied, and the petition dismissed, without costs and without disbursements. (See *Matter of Taylor v Kapelman,* 86 AD2d 782, mot for lv to app den 56 NY2d 502.) No opinion. Concur — Ross, J. P., Asch, Silverman, Bloom and Fein, JJ.